# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfonso Abelardo Olasaba Lopez,<br><br>Petitioner,<br><br>v.<br><br>Kristi Noem, *et al.*,<br><br>Respondents. | No.  CV-26-00988-PHX-JJT (CDB)<br><br><br>**ORDER** |

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.)  The Court ordered Respondents to respond to the Petition.  (Doc. 4.)  On August 11, 2026, Petitioner filed a Motion for Voluntary Dismissal of Petition indicating Petitioner was released from ICE custody. (Doc. 8.) Because Petitioner is no longer in custody, the Petition is moot.  *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007).  The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 12th day of August, 2026.

Honorable John J. Tuchi
United States District Judge